**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| **ELIZABETH D. KNAPP** | : | |
| | : | |
| **PLAINTIFF,** | : | |
| | : | |
| v. | : | Civil No. 1:10-cv-292 (TSE/tcb) |
| | : | |
| **CHARLES W. PRESTON, II, et al.** | : | |
| | : | |
| **DEFENDANTS.** | : | |

### STIPULATED ORDER OF DISMISSAL

Plaintiff Elizabeth D. Knapp and Defendants Charles W. Preston, II, Charles G. Preston, Juan Nelson Laines, Anna Laines, Laticom International, and Princor Financial Services, Inc., by and through the undersigned counsel and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that the above-captioned matter shall be and hereby is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney's fees and costs. The parties respectfully request that the Court enter this Stipulated Order, that the Clerk be directed to remove this case from the Court's active docket, and, upon entry of this Order, to send a copy to each counsel of record in this matter.

Respectfully submitted,

December 28, 2010                                          _____/S/ Daniel S. Ward_____
Daniel S. Ward
VSB 45978
Ward & Ward P.L.L.C.
2020 N Street, NW
Washington, DC 20036
(202) 331-8160
(202) 331-9069 Fax
Dan@wardlawdc.com
ATTORNEY FOR PLAINTIFF
ELIZABETH D. KNAPP

    */S/ Brent Gary*
Brent Gary
Reed Smith, LLP
3110 Fairview Park Drive, Suite 1400
Falls Church, Virginia  22042
703-641-4338
ATTORNEY FOR DEFENDANT
PRINCOR FINANCIAL SERVICES


    */S/ Charles G. Preston*
Charles W. Preston, II,
Charles G. Preston,
Juan Nelson Laines,
Anna Laines, and
Laticom International, Inc.
By their Counsel,
Charles G. Preston

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| **ELIZABETH D. KNAPP** | : | |
| | : | |
| **PLAINTIFF,** | : | |
| | : | |
| v. | : | **Civil No. 1:10-cv-292 (TSE/tcb)** |
| | : | |
| **CHARLES W. PRESTON, II, et al.** | : | |
| | : | |
| **DEFENDANTS.** | : | |

**[PROPOSED] ORDER**

Upon consideration of the foregoing Stipulated Order of Dismissal, the contents therein, and the signature of all counsel of record, it is **SO ORDERED**, and this case is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own attorney's fees and costs.


Dated:  December ___, 2010

_____
U.S. DISTRICT JUDGE